NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JAMES THOMAS REED,                )
                                  )
        Appellant,                )
                                  )
v.                                )        Case No. 2D18-626
                                  )
STATE OF FLORIDA,                 )
                                  )
        Appellee.                 )
_____)

Opinion filed November 21, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b) (2) from the Circuit Court for
Highlands County; Peter F. Estrada,
Judge.

PER CURIAM.

        Affirmed.

SILBERMAN, LUCAS, and BADALAMENTI, JJ., Concur.